UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFONSO MIRA and CARLA MIRA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:  C 10-1724 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order of Dismissal,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant.

IT IS SO ORDERED.

Dated:  July 8, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge