UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFONSO MIRA and CARLA MIRA, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: C 10-1724 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On July 13, 2010, the Court granted Defendant's unopposed motion to dismiss and entered judgment accordingly. On August 9, 2010, Defendant filed a motion to expunge lis pendens. (Docket 24.) To expedite consideration of this motion, the Court enters the following briefing schedule: Plaintiffs shall file their opposition or statement of non-opposition to the motion by no later than **August 20, 2010**. The failure to file a timely response will be deemed to be a consent to the granting of the motion. Defendant may file a reply by no later than **August 27, 2010**. Pursuant to Federal Rule of Civil Procedure 78(b), the Court may adjudicate the motion without oral argument. The parties are advised to consult the Court's website to determine whether an appearance on the motion is necessary.

IT IS SO ORDERED.

Dated: August 10, 2010

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge